# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

PATRICIA AVILA, individually and on
Behalf of all others similarly situated,

    Plaintiff,

v.                                                  Case No: 8:17-cv-1430-T-30AAS

SP BEACH HOTEL CORP.,

    Defendant.

## ORDER

THIS CAUSE comes before the Court on the Joint Motion to Approve Settlement and Dismiss with Prejudice (Doc. 59). Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. The Joint Motion to Approve Settlement and Dismiss with Prejudice (Doc. 59) is GRANTED.

2. The Parties' settlement is hereby approved as being a fair and reasonable compromise of the many disputed issues of law and fact remaining in this action, many of which the Court is aware, from the pleadings filed in the case thus far in accordance with *Lynn's Food Stores, Inc. v. U.S. De'ot of Labor*, 679 F.2d 1350 (11th Cir. 1983).

3. This case is DISMISSED with prejudice, with all rights of appeal waived and with each party bearing its own fees and costs except as otherwise

noted in the Parties' Settlement Agreement. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

4. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida, this 19th day of April, 2018.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record